UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| YUANJUN TANG, | **ORDER OF DISMISSAL** <u>**WITHOUT PREJUDICE**</u> |
| Plaintiff, | |
| v. | Civil Action No. CV-21-4860 |
| MERRICK B. GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security; UR M. JADDOU, Director of the United States Citizenship and Immigration Services; and LOREN K. MILLER, Director of the USCIS Nebraska Service Center, | (Cogan, J.) |
| Defendants. | |

------------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

1. This action shall be dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: Flushing, New York
       October 14, 2021

CLEMENT A. FRANCIS, ESQ.
*Attorney for Plaintiff*
3636 Prince Street
Suite 303
Flushing, New York 11354

By:   /s/ Clement A. Francis
      Clement A. Francis, Esq.
      (718) 963-6666
      clementfrancisesq@gmail.com

*Tang v. Garland, et al.,* **21-cv-4860 (Cogan, J.)**
**Stipulation and Order of Dismissal Without Prejudice**
**Page 2**

Dated:  Central Islip, New York
        October 14, 2021

JACQUELYN M. KASULIS
Acting United States Attorney
*Attorney for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:  /s/ *Thomas R. Price*
Thomas R. Price
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

SO ORDERED this
14th day of October, 2021

Digitally signed by Brian M. Cogan

HONORABLE BRIAN M. COGAN
United States District Judge