UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YUANJUN TANG,

                            Plaintiff,                                  JUDGMENT

    v.

                                                                  21-CV-4860 (BMC)

MERRICK B. GARLAND, Attorney General of the
United States; ALEJANDRO MAYORKAS,
Secretary of the United States Department of
Homeland Security; UR M. JADDOU, Director of
the United States Citizenship and Immigration
Services; and LOREN K. MILLER, Director of the
USCIS Nebraska Service Center,

                            Defendants.
-----------------------------------------------------------------X

        An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on October 14, 2021, dismissing the action without prejudice, with each party to bear its own costs, expenses, and fees; it is

        ORDERED and ADJUDGED that the action is dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York                                     Douglas C. Palmer
       October 18, 2021                                           Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk